IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

V.  CR. 03-10105-T/An

LEONARD JERMAIN WILLIAMS

### ORDER REFUNDING CASH APPEARANCE BOND

It appears to the Court that the above-named defendant on the 23rd day of August, 2004, did cause a five thousand dollar ($5,000) appearance bond to be posted on his behalf by posting 10% or $500 in cash. Said $500 was receipted in the name of Tommy Kirk, receipt #J27564, having been deposited in the Registry Fund of this Court.

It now appears to the Court that the defendant has complied with the requirements of said bond and orders of this Court.

It is therefore ordered that the above-named defendant's appearance bond be cancelled and discharged, and the Clerk is directed to issue a check in the sum of five hundred dollars ($500), payable to Tommy Kirk, 4 N. Hampton Ln., Jackson, TN, 38305, in full refund of the cash appearance bond posted herein.

Approved:

Robert R. Di Trolio, Clerk of Court

By: _____
Deputy Clerk

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 26 april 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 04-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:03-CR-10105 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT